COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

**FILED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

DEC 2 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

ERICA HARWOOD, SID: 804107
_Plaintiff's Name and ID Number_

Bexar County, TX ADULT Detention Center
_Place of Confinement_

**SA11CA1115FB**

CASE NO. _____
(Clerk will assign the number)

V.

Bexar County, TX Sheriff
_Defendant's Name and Address_

Amadeo Ortiz and
_Defendant's Name and Address_

University Health System and Aramark Food Services, et al.
_Defendant's Name and Address_
_( DO NOT USE "ET AL.")_

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten,  in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

This is all approximate information and my assertions, recollections, etc.

**FILING FEE AND IN FORMA PAUPERIS**

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**5.  The complaint can not exceed 20 pages which includes all attachments.**

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?        √ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: June 2011 and June 2011

        2.  Parties to previous lawsuit:
            Plaintiff(s) ERICA HARWOOD
            Defendant(s) Bexar County, Texas Sheriffs office, etc

        3.  Court: (If federal, name the district; if state, name the county.) US District Court - San Antonio, TX

        4.  Docket Number: SA-11-CA-448-FB and SA-11-CA-467-XR

2

5. Name of judge to whom case was assigned: _Xavier Rodriguez, and Xavier Rodriguez et al._

6. Disposition: (Was the case dismissed, appealed, still pending?)
_appealed (both - as I recall)_

7. Approximate date of disposition: _8/1/2011 and 8/1/2011_

II. PLACE OF PRESENT CONFINEMENT: _Bexar County, TX Jail (Adult Detention Center)_

III. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _ERICA HAYWOOD, SID: 804107, 200 N. Comal, 6B11; San Antonio, TX 78207_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Bexar County, Texas Sheriff's Office 200 N. Comal, San Antonio, TX 78207_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _civil conspiracy, Starvation, false imprisonment, fraud, malicious prosecution, (abuse, neglect, etc)_

Defendant #2: _University Health System 4502 Medical Dr, San Antonio, TX 78229_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _civil conspiracy, medical neglect, discrimination, starvation, false imprisonment, fraud, etc_

Defendant #3: _Aramark Food Service address unknown_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _civil conspiracy, malnutrition, neglect, fraud, theft, coersion, etc_

Defendant #4: _Texas Commission on Jail Standards (and George Johnson) P.O. Box 12985; Austin, TX 78711_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _constitutional rights violations Neglect, falsification of information, civil conspiracy;_
_P.O. Box 12487; Austin, TX 78711-2487_

Defendant #5: _State Bar of Texas, and SCJC (Texas State Commission on Judicial Conduct) Austin, TX_

_P.O. BOX 12265 Austin, TX 78711-2265)_

_Note:_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _Neglect; rights violations; fraud; discrimination, etc_

_Legal mail is supposed to be privileged, not inspected. Today I received legal mail returned (again) to me and it was apparently opened and inspected. Flores is the officer that returned [3] this mail to me opened. This is an example of how my mail is being_

## IV.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*Numerous constitutional rights violations, double jeopardy issues of privileges, etc*

*My lawyers and trial court have seemingly abandoned me!*

/Also I have been waiting for almost five months to go to Vernon State Hospital.

I want this suit to cover problems, issues, and incidents from April 1, 2011 to 12/5/2011. In addition I have been medically and dietarily neglected, abused, misused, defrauded, etc since I was 'harmed' by a bank security guard and arrested on /around April 1 2011. There is a conspiracy (civil and criminal) going on in which I have been mislabeled as incompetent and held in jail for almost five months without proper prenatal care, food, vitamins, drinks, milk, classification status and housing, mental health assistance, court dates, visits, etc

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Release me from incarceration speedily; make proper orders to change circumstances and to protect me. Haywood and others; award my current unborn child/children and me damages in the amount of $10 million.

## V.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Erica Haywood, Erica Haywood-Simpson

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

unsure

## VI.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?      ____YES ____NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)      Unsure

    1. Court that imposed sanctions (if federal, give the district and division): ____?_____

    2. Case Number: _____?_____

    3. Approximate date sanctions were imposed: _____?_____

    4. Have the sanctions been lifted or otherwise satisfied?   unsure      ____YES ____NO

Note: Officer named Flores apparently mad and now slamming the window cover to my cell window

C. Has any court ever warned or notified you that sanctions could be imposed? _unsure___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed warning (if federal, give the district and division): _____

    2. Case Number: _____

    3. Approximate date warnings were imposed: _____

Executed on: __12/5/2011__
               DATE

                                       _Erica Haywood_
                                       (Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____5th_____ day of __December__, 20 _11_.
                   (Day)                      (month)       (year)

                                         _Erica Haywood_
                                       (Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**